**92–1269.** State v. Carpenter. *Franklin County*, No. 91AP–1150. Reported at 68 Ohio St.3d 59, 623 N.E.2d 66. On motion for rehearing. Rehearing denied.
RESNICK and PFEIFER, JJ., dissent.

**93–133.** Garlikov v. Continental Cas. Co. Certified Question of State Law. Reported at 68 Ohio St.3d 91, 623 N.E.2d 1183. On motion for rehearing. Rehearing denied.
WRIGHT, J., dissents.

**93–835.** Wilson v. Rogers. *Marion County*, No. 9–93–04. Reported at 68 Ohio St.3d 130, 623 N.E.2d 1210. On motion for rehearing. Rehearing denied.

**93–1118.** State ex rel. May v. Hendon. *Hamilton County*, No. C–920381. Reported at 68 Ohio St.3d 118, 623 N.E.2d 1202. On motion for rehearing. Rehearing denied.

**93–1716.** Peace v. Prudential Property & Cas. Ins. Co. *Erie County*, No. E–92–60. Reported at 68 Ohio St.3d 106, 623 N.E.2d 1194. On motion for rehearing. Rehearing denied.
MOYER, C.J., and WRIGHT, J., dissent.
RESNICK, J., not participating.

**93–1827.** Kurzner v. Sanders. *Hamilton County*, No. C–920150. Reported at 68 Ohio St.3d 1406, 623 N.E.2d 563. On motion for rehearing. Rehearing denied.

**93–1975.** Mitchell v. Pietrykowski. *Lucas County*, No. L–92–218. Reported at 68 Ohio St.3d 1420, 624 N.E.2d 194. On motion for rehearing. Rehearing denied.
RESNICK, J., not participating.

**93–1999.** Ludwinski v. Seven Hills. *Cuyahoga County*, No. 62898. Reported at 68 Ohio St.3d 1420, 624 N.E.2d 194. On motion for rehearing. Rehearing denied.

**93–2082.** Elliott v. Burden. *Hamilton County*, No. C–920365. Reported at 68 Ohio St.3d 1415, 624 N.E.2d 190. On motion for rehearing. Rehearing denied.
MOYER, C.J., and PFEIFER, J., dissent.

*Wednesday, February 9, 1994*
## MERIT DOCKET

**93–2319.** Lentz v. Ohio Dept. of Rehab. & Corr. In Mandamus. On answer of respondent. Answer treated as motion to dismiss. Motion to dismiss sustained. Cause dismissed.
MOYER, C.J., A.W. SWEENEY, DOUGLAS, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.
WRIGHT, J., dissents.